August 31, 2006

Mr. Roger S. McCabe
Mehaffy & Weber
P.O. Box 16
Beaumont, TX 77704
Mr. Dale M. Tingleaf
Tingleaf & Associates
820 Gessner, Suite 1445
Houston, TX 77024

RE: Case Number: 04-0737
 Court of Appeals Number: 09-03-00589-CV
 Trial Court Number: B-163,853

Style: PORT NECHES-GROVES INDEPENDENT SCHOOL DISTRICT
 v.
 PYRAMID CONSTRUCTORS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |